UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM TIERNO, : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:14-1157 |
| v. : | |
| : | (Judge Mannion) |
| Superintendent, : | |
| SCI-Smithfield | |
| : | |
| Respondent | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED:** May 6, 2019
14-1157-01-ORDER